IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED TRANSPORTATION UNION, | ) | |
| And S. MCCRUMB | ) | |
| Petitioners, | ) | Civil Action No. 13-1535 |
| | ) | |
| vs. | ) | Chief Magistrate Judge Lisa P. Lenihan |
| | ) | |
| UNION RAILROAD CO., | ) | Re: ECF No. 11 |
| Respondent. | ) | |


## ORDER ON MOTION OF RESPONDENT TO DISMISS UNDER 12(B)(1) OR REMAND ON PETITION TO ENFORCE ADJUSTMENT AWARD


In accordance with the Memorandum Opinion of even date herewith, it is hereby

**ORDERED** that the Respondent's Motion to Dismiss or Remand is **DENIED**.

In further accordance with the Memorandum Opinion, the parties are directed to attend a

Status Conference on May 27, 2014 at 10:00 a.m.




    /s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
United States Chief Magistrate Judge



Dated:  April  22, 2014


1